# ATTACHMENT 1

# COMPLAINT FORM
(for filers who are prisoners without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE __Eastern__ DISTRICT OF __Wisconsin__

(Full name of plaintiff(s))

__Joshua P Braithwaite__

vs

Case Number: _____

(Full name of defendant(s))

c/o Houg, 2 John Doe officers, Lt Bonsack, Sgt Chentnik, Lt Marczewski, c/o Thielen, mr Olson, c/o Steingraeber, Lt Lung, capt Zenk, c/o Wang, c/o Heins, mr Blount, mr Fuchs, Ms Kessner, Dr Lowry, Dr Holy, Dr Williams, Dr Peshek, Dr Schween, Dr Yapitza, nurse John Doe, Nurse Kessler, c/o Hill, c/o Fictor, c/o Gaylord, Columbia Correctional Inst PO Box 900, c/o CCI PH, Portage WI 53901 c/o Nuricii, 2 John Doe wank shirds and 2 unknown officer, please add to amended complaint.

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__, and is located at
   (State)
   __Columbia Correctional Inst PO Box 900__
   (Address of prison or jail) __Portage, WI 53901__

(If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

2. Defendant  Please refer to Front attachment 1, on the Front page (Name)

is (if a person or private corporation) a citizen of  Wisconsin
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for  CCI Prison / Department of corrections 2925 Columbia drive, Portage, WI, 53901-950 (Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Each defendant was Acting under color of federal and state law, defendants are being sued in there individual and official capacity. Federal violation relating to Equal protection clause, where I was a administrative confinement/ AC inmate with All my Allowable personal Property consistent with A Phase 3 inmate, with no segregation time/disciplinary separation or didn't have no conduct report pending/even with conduct report pending waiting due process hearing inmates still remain in current status until due process committee finds you guilty of conduct report changing your current status to A disciplinary separation inmate serving segregation time, than allowable personal property are than removed from your room

Attachment One (Complaint) – 2

Wisconsin Secure Program Facility August 1 was in my possession/allowable personal property/other privileges in my room which my TV and tabled pens, my actual tooth paste, soap and deoderant, that was purchase from canteen outside vendor union supply hygiene care package your family can order in your administrative confinement and status that not allowed in segregation disciplinary separation status. Also personal shoes only with velcro shoes in them, and personal cup with no handle on it, one pair of shower shoes, one pair of ear buds for your electronics, 25 publication consisting of books and magazines, 50 personal photographs of family and friends kept in cell, keep on person medication such as over the counter medication. Plus you get 20 phone calls a month, and first serve law library/leisure recreation time and haircuts before inmates serving segregation/disciplinary separation time in a punitive status, one cell buy out for canteen weekly spend of canteen of 65 dollars. And a medical restriction for large cuff hand that was order by Doctor/advance care provider and security director Jacob Lemon which was put in place due to my carpal tunnel and being a big guy with huge wrist which cause the normal state issue hand cuff cause a lot of discomfort and pain in my wrist. Also leaving cuffs imprint deep in my wrist and cutting of blood flow in my wrist and hands. Medical restriction been in effective since my Health exemination at Mayo 3 Tay Denton street La Crosse WI 54601 # 608-782- (illegible) between in difference to medical care/deliberate indifference on my transfer to Columbia corrections inst. on August 1 2023 officer Hoagland and John Doe officers and security came to intake with my huge cuff medical restriction and my allowable velcro shoes/medical shoes on my feet c/o hoag and 2 John doe c/o's refuse to allow me to continue my medical (illegible) restriction with out even communicating with doctor/ security director about discontinuing my huge hand cuff restriction telling all 3 staff about my carpal tunnel in my huge wrist and how much discomfort and pain those normal state issue hand cuff will cause, and how it will cut off blood flow in my wrist and hands. Staff still disregarded my restriction/ unwanten pain, not only that I was told they will also be connecting a metal box in the middle of the two hand to limit more movement/causing more discomfort and pain to me not only that the transporting white bus I'm being transported in was made for inmates with disruptive/out of control behavior, you want I during (illegible) neither actions in this white bus there was the two front seats for the uniform officers and in the back there was in place and removed seats that occupied staff and the inmates since cell protection, staff could not go inside when i'm being drove only out of two officer/c.o.'s when the back c.o. staff/was removed i started All cuffed remaining seat at the receiving person I have no other chose but to ride (illegible)

staff refuse to loose up the tight straps pinning my back tight to the strap down chair, with something poking in my pain area causing discomfort/pain in my back area on arrival to the institution. Finally, which felt like a [illegible] eternity, CO-I then remove cuffs and the but still placed in the strap down chair. I now see where the missing seals were, up against the inside garage wall. I told the 3 CO-I's who transported me from USP-to-CCI that my back hurt. Can I manual removed from strap down chair, which should've make heard me say it to the CO-I since. Instead saying [illegible] toll them to drag me in the strap down chair all the way to USP. And when was kinda far away, has to go up a ramp, Long hallway and A couple metal doors, when I got there I shoe were not removed right away, when I was letting out I come bearly stand up. I almost near fell back in the stray down chair. After being search over/ change out of my Administrative confinement clothes I was changed over to be segregating disciplinary separation the punitive clothes. I Saw and Manager Mr. Olson, SSI Manager and CO Houg and Brother John doe show [illegible] on it. SSI LP nurse John doe that I am in Administrative confinement instead was in Phase 2 had that at my half present had my Electronics all my AC allowable property and had a segregation/disciplinary separation namely serving punitive time now don't have laundry re-paid. Attachment One (Complaint) – 3 Pending All other duress were truly refuse [illegible]

Case 1:23-cv-01170-WCG   Filed 09/05/23   Page 4 of 12   Document 1

the HSU manager who is only a nurse and not a doctor/Advance care Provider I told nurse John Doe nurse thats impossible I never even seen a doctor about my removal of my medical large cuff restriction, He basically told me to move on I dont have all day, I also told him about my status as a AC inmate and having medical shoes also, I was then told you cant have that no more either, I was then given the incorrect size slips that segregation inmates get which was a size 5 or 6 when I wear size 13. I was then sent into a booth to meet with the unit Manager Mr Olson who refuse to listen/hear me out about I am not a segregation inmate I told him I am a AC inmate with all my allowable previlege one I'm not serving any segregation time nor did I had a conduct report pending, All Administrative confinement inmates are house on unit 7 with all there allowable/consistent Property as mention early in complaint, also all policy at WSPF Prison is the same at CCI prison Just different Prison names. I was completely honest with the unit Manager Mr Olson that the only conduct reports that take up over 50 conduct reports out or 60 2 conduct report was sexual misconduct, which as a time convicted sex offender classified for sex offender treatment #4 which is a very intensive sex offender treatment, but was told that since I got a life sentence in prison I am not eligible for it and other words just cause I cant get out and go away with the crime like other Early release inmates can its not needed.

I then was place on segregation range with no AC inmates A lower/DS1 range which was control by 2 regular female staff C/O heather Thielen and C/O Brook Steingraber who was giving me little usage and eye watches trying to get me to masturbate/show them my penis so they can write me a conduct report on you A/DS1 All the inmates who were very open about masturbating to this two females, one other females, females was just standing there watching them stroke there penis. Also inmates were reaching out the trap grabbing female staff butt and breast, inmate cross from me Joran William has over so he say 70 to 100 sexual misconduct reports for showing his penis/masturbating to female staff even was encouraging me every day to do the same, on a lower A/DS1 unit I was not able to get/get my electronics hygiene products I use a finger toothbrush which I could not even get that nor even a hairbrush during all

form supplies of communication to anybody, I'm my continue to complain to staff about my equal protection/ cruel and unusually unusual mistreatment to sst chentnik, Lt marczewski c/o thielen, Mr ulson, c/o steingraeber Lt lung, Capt zink, Lt bonjac, c/o kling, c/o Joshua Heins, Mr Blount warden boss, Mr Fuchs, warden secardany, Ms Lowry, Ms Holly, Ms Wilkersh, Dr Schwers, Dr yarllzo, Nurse Kresser all disregarded Everything I said refuse to help All giving Mis direction/ Misinformation Even violating my due process by targeting me by writing me 5 sexual misconduct conduct report, refusing to move me on unit 7 where all the other administrative confinement inmates are housed at, not yower A range/ DS1, there is no AC inmate on DS1 unit, my greama passed away in the Mist of all this I still going through the mis freedmw Also being denied my AC privileges from the above staff, Also c/o cutpits, and c/o kurzell

And now two other John Doe white shirts and two c/o's who is refusing to give me their names, still being denied my large curr restrdm and not have seen any doctor about it.

I ask the Judge to let me proceed with equal protection clause deprivation of allowable personal property plus state law claim, 8th Amendment medical care/state law medical care, Due process for the conduct reports and cruel and unusual punishment, and any other claims/defendants Judge see fit to/ connect each Federal and state violation by all above defendants, state remedies are exhaustive against each defendant

little more background history
I am a serious mentally ill inmate who has been confined in the Department of corrections since 2014 I have been transfer/moved around for numerous of reasons from dodge correctional inst, waupun correctional inst, green bay correctional inst, wisconsin

~~secure~~ Secure Program Facility, Inc now Columbia Correctional Inst

~~Rnd~~ 2nd Last in order previous prison I was at Wisconsin Secure Program Facility I was housed/confined there since November 2017 to August 2023 before ~~being~~ my departure/transfer to Columbia Correctional Inst from WSPF I was segregated in segregation Alpha unit, Administrative confinement range cell 122, Administrative confinement ~~status~~ status is something like general population status but housed on segregation with privileges/property consisted with that status. As general population get all there personal property one is ~~~~ Free of any movement with no ~~restraints~~ restraints out of cell.

As Administrative confinement ~~inmates~~ inmates are housed in segregation with all your personal property consisted with your Phase level which is phase 1 thru phase 4. All inmates who are in the ~~~~ ~~~~ placed on Administrative confinement (AC) →



All must first serve out there segregation/ disciplinary separation time, during that time you are put on AC tracking pending administrative confinement review committee hearing to determine if AC placement is warranted for that inmate/ individual use AC tracking is put in place for something you did to get to segregation or something that happen while during you placement in segregation to determine your placement in Administrative Confinement CAO status the reviewing committee must do a standard review of the dangerousness of your presence which states the standard used to determine dangerousness is if there is evidence a substantial probability of physical harm to others as manifested evidence by (A) behavior or history or homicidal, Assaultive or other violent behavior or by attempt or threat to cause that harm (B) you presence in general population pose a substantial risk to another person, self, or institution security or (C) your activities given a store

⑨

member reason that your continued presence in general population will result in a riot or disturbance or (b) you have been identified as affiliated with an inmate gang or street gang and there is reason to believe that your continued presence in the general population will result in a riot or disturbance as defined in administrative rule section DOC 303.02(1), DOC 303.18 or DOC 306.20 (1). I was placed on administrative confinement on April 18 2023. this complaint is true and correct and plaintiff is willing to testify in open court about this matter

Sincerly Sash Braithwaith un600
SCI
P.O. box 900
~~Boscobel~~ Portage, WI 53901

Sent 8-3-2023

Please E-File

C. JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.
   OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

nominal, punitive, compensatory damages plus state law claim

For each individual defendant nominal 2,500 each claim/violation punitive damages 5,000 each claim/violation compensatory damages 7,500 each claim/violation. Jointly claim individual LP 25,000 stopping from going out side of scope of employment. McFarland all Department/Agency rules/Policy and Procedure. Please Allow right to Amended complaint and a supplemental complaint too.

Attachment One (Complaint) – 4

E. JURY DEMAND

☑ Jury Demand - I want a jury to hear my case
   OR

☐ Court Trial – I want a judge to hear my case

Dated this __3__ day of __september__ 20__23__

Respectfully Submitted,

*Brathwaite Josh*

Signature of Plaintiff

__47360__

Plaintiff's Prisoner ID Number

__columbia correctional inst__
__P.o box 900 portage, wi 53901__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Attachment One (Complaint) – 5